**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| TONIA L. JONES, *et al.*  <br><br>    Plaintiffs,  <br><br>  v.  <br><br>DISTRICT OF COLUMBIA,  <br><br>    Defendant. | Civil Action No. 11-00215 (RMC) |

**[proposed] ORDER ON ESI DISCOVERY SCHEDULE**

Before me are the Defendant's April 9, 2014 Report Pursuant to March 19, 2014, Order and the Plaintiff's Response thereto. Having reviewed the parties' proposed discovery schedule for the production of ESI I previously ordered on February 20, 2014, I ORDER the following:

1. That the District must fully staff the ESI review matter in this case, to devote a full five days per week, eight-hour per day, schedule solely to review responsive ESI I have already ordered in this matter;

2. That the District produce to Plaintiffs, each week, the results of the ESI review from the week prior, along with a status report to both Plaintiffs and the Court containing the following information:

    a. The number of attorneys or OAG staff involved in the review for that week;

    b. The amount of emails reviewed that week;

    c. The amount of emails withheld as privileged for that week;

    d. The number of emails produced to Plaintiffs for that week;

    e. The number of emails remaining to review; and

    f. The estimated completion date for the ESI review.

3. That the Court will hold a weekly status call on [TBD] with the parties to determine the Defendant's progress in conducting the ESI review and any changes to the discovery schedule that may become necessary;

4. That the Defendant must finalize its ESI review and production to Plaintiffs no later than four weeks from the date of this order; and

5. That thereafter Plaintiffs will be given an additional four weeks to conduct whatever follow-up discovery they may deem necessary, including the filing of any requests to re-open depositions or seek leave of the Court to take additional depositions not previously taken.

**SO ORDERED.**

Date: _____

_____
ROSEMARY M. COLLYER
United States District Judge